# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| RIGLER, GARRY D. | § | Case No. 09-28101 |
| RIGLER, CHRISTI M. | § | |
| | § | |
| Debtors | § | |

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on  07/31/2009 .   The undersigned trustee was appointed on  07/15/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of           $      1,540,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 20,025.92 |
| Administrative expenses | 653,140.03 |
| Bank service fees | 213.16 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 425,000.00 |
| Leaving a balance on hand of[1] $ | 411,620.89 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  12/01/2014  and the deadline for filing governmental claims was  12/01/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 40,423.90 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 32,523.00 , for a total compensation of $ 32,523.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 21.50 , for total expenses of $ 21.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/25/2015               By:/s/Elizabeth C Berg, Trustee
                                              Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 09-28101 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | RIGLER, GARRY D. | | |
| | RIGLER, CHRISTI M. | | |
| For Period Ending: | 12/25/15 | | |

| Trustee Name: | Elizabeth C Berg, Succ. Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 07/31/09 (f) |
| 341(a) Meeting Date: | 09/14/09 |
| Claims Bar Date: | 12/01/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Residence | 191,500.00 | 0.00 | | 0.00 | FA |
| | 2483 Amber Lane, Elgin, IL 60123 | | | | | |
| 2. | Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| | Chase Bank Account | | | | | |
| 3. | Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| | Fifth Third Account | | | | | |
| 4. | Financial Accounts | 2.00 | 0.00 | | 0.00 | FA |
| | Chase Savings Account | | | | | |
| 5. | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| | 1 Bed, 3 Dressers, 1 Crib, Kitchen Table and Chairs, 1 Sectional, 2 TV's, 1 Computer, 2 DVD Players (one is not working) | | | | | |
| 6. | Wearing Apparel | 700.00 | 0.00 | | 0.00 | FA |
| | Ordinary Adult Supply | | | | | |
| 7. | Furs and Jewelry | 1,200.00 | 0.00 | | 0.00 | FA |
| | Wedding Rings | | | | | |
| 8. | Firearms, Sport, Photo & Hobby Eqpt | 50.00 | 0.00 | | 0.00 | FA |
| | 1 Hand Gun | | | | | |
| 9. | Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| | Through Work | | | | | |
| 10. | Pension, Retirement, Profit Sharing (u) | 0.00 | 0.00 | | 0.00 | FA |
| | Retirement through work. Not vested. | | | | | |
| 11. | Vehicles | 7,100.00 | 0.00 | | 0.00 | FA |
| | 2004 Chevy Tahoe - 86,000 miles | | | | | |
| 12. | Vehicles | 9,125.00 | 0.00 | | 0.00 | FA |
| | 2004 GMC Envoy - 64,000 miles | | | | | |
| 13. | Third Pary PI Claim: Work-related Accident (u) | 6,500,000.00 | 2,000,000.00 | | 1,540,000.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit A

| Case No: | 09-28101   DRC   Judge: DONALD R. CASSLING |
| Case Name: | RIGLER, GARRY D. |
| | RIGLER, CHRISTI M. |

| Trustee Name: | Elizabeth C Berg, Succ. Trustee |
| Date Filed (f) or Converted (c): | 07/31/09 (f) |
| 341(a) Meeting Date: | 09/14/09 |
| Claims Bar Date: | 12/01/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Liquidating claim in Case No. 09 L 013101 - Rigler v. MBL Recycling & Power Construction Co. LLC, Successor Trustee settled claims against 2 of 3 defendants [dkt 53] in August 2015. Awaiting receipt of settlement funds.  Successor Trustee anticipates going to trial against 3rd defendant | | | | | |

|  | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $6,711,777.00 | $2,000,000.00 | | $1,540,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 30, 2015:  After receiving approval from the UST, Successor Trustee made an interim distribution in November 2015 wherein she paid the unsecured creditors in full, plus interest, and a partial distribution to the Debtors of the surplus funds.  Successor Trustee settled with 3rd defendant pursuant to Court order dated December 2015. Successor Trustee paid administrative claimants pursuant to the order authorizing the settlement.

October 1, 2015:  Successor Trustee successfully defended PI Case on motion to dismiss for lack of standing.  In July, 2015, Successor Trustee, Debtors and 2 of 3 defendants participated in mediation; Successor Trustee settled with 2 of the 3 defendants pursuant to Court order 8/21/15 [dkt. 53]; Successor Trustee has reviewed claims; upon receipt of settlement funds, Successor Trustee intends to make an interim distribution; Successor Trustee believes this will be a surplus case.  The case will remain open depending resolution of lawsuit against 3rd defendant.  Trial is scheduled for November 2015.

October 28, 2014:  ECB appointed successor trustee in July 2014 in re-opened case on motion of UST for administration of previously unscheduled 3rd party PI claim.  Case pending in Circuit Court of Cook County.  Trustee hired special

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-28101   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Succ. Trustee |
| Case Name: | RIGLER, GARRY D. | Date Filed (f) or Converted (c): | 07/31/09 (f) |
| | RIGLER, CHRISTI M. | 341(a) Meeting Date: | 09/14/09 |
| | | Claims Bar Date: | 12/01/14 |

counsel, substituted as plaintiff in lawsuit and successfully defended against Motion to Dismiss on grounds of judicial
estoppel;  TR reviewed petition and court docket; determined Assets 1-12 are fully administered.  Successor TR expects
surplus case, however, anticipates several years of litigation and possible appeal.  Will monitor case and supervise
special counsel in state court case which is still in discovery phase.

Initial Projected Date of Final Report (TFR): 06/30/17          Current Projected Date of Final Report (TFR): 12/31/16

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit B**

| | |
|---|---|
| Case No: | 09-28101 -DRC |
| Case Name: | RIGLER, GARRY D. |
| | RIGLER, CHRISTI M. |
| Taxpayer ID No: | *******1718 |
| For Period Ending: | 12/25/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Succ. Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6559  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/15 | 13 | GALLAGHER BASSETT SERV, INC AS CLAIMS ADMINISTRATOR | SETTLEMENT - P.I. CLAIM | 1242-000 | 960,000.00 | | 960,000.00 |
| 10/28/15 | 001001 | Nicholas Fitz The Fitz Law Group 30 N.LaSalle Street #1510 Chicago IL 60602 | Allowed Compensation - Spec Counsel Per Court Order dtd 8-21-15 | 3210-600 | | 192,000.00 | 768,000.00 |
| 10/28/15 | 001002 | Rodney Bashford 1701 East Lake Avenue Glenview IL  60025 | Allowed Compensation - Spec Counsel Allowed per Court Order dated August 21, 2015 | 3210-600 | | 64,000.00 | 704,000.00 |
| 10/28/15 | 001003 | John Muir 1225 Alvin Court Glenview, IL 60025 | Allowed Compensation - Spec Counsel Allowed per Court Order dated August 21, 2015 | 3210-600 | | 64,000.00 | 640,000.00 |
| 10/28/15 | 001004 | Bashford Law Group Rodney Bashford 1701 East Lake Avenue Glenview IL  60025 | Allowed Reimbursement of Expenses Allowed reimbursement of expenses per court order dated August 21, 2015 | 3220-610 | | 12,702.09 | 627,297.91 |
| 10/28/15 | 001005 | Jamie Trapp Trapp & Geller 205 W. Wacker Drive  #600 Chicago IL 60606 | Claim # 3 -- Quantum Meruit claim Allowed per Court Order dated August 21, 2015 | 3701-000 | | 64,000.00 | 563,297.91 |
| 10/28/15 | 001006 | Smith Economics Group, Ltd. 1165 N. Clark St.  #600 Chicago IL  60610 | Administrative Expense Allowed per court order dated August 21, 2015 Economic Damages Report | 2990-000 | | 4,550.00 | 558,747.91 |
| 10/28/15 | 001007 | Garry Rigler 3533 English Prairie Road Elgin IL 60124 | Debtor's Exemption Allowed per Court Order dated August 21, 2015 | 8100-000 | | 15,000.00 | 543,747.91 |
| * 10/28/15 | 001008 | Christi Riglar 3533 English Prairie Rd. Elgin IL 60124 | Debtor's Exemption Allowed Per Court Order dated August 21, 2015 | 8100-003 | | 15,000.00 | 528,747.91 |

| | | | Page Subtotals | | 960,000.00 | 431,252.09 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-28101 -DRC | Trustee Name: | Elizabeth C Berg, Succ. Trustee |
| Case Name: | RIGLER, GARRY D. | Bank Name: | Associated Bank |
| | RIGLER, CHRISTI M. | Account Number / CD #: | *******6559  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1718 | | |
| For Period Ending: | 12/25/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/28/15 | 001008 | Christi Riglar<br>3533 English Prairie Rd.<br>Elgin IL 60124 | Debtor's Exemption<br>Reversed to correct debtor's name on check | 8100-003 | | -15,000.00 | 543,747.91 |
| 10/28/15 | 001009 | ADR Systems<br>20 N. Clark St.  29th Floor<br>Chicago IL  60602 | Administrative Expense - Mediation<br>Allowed per court order dated August 21, 2015 | 2990-000 | | 3,280.50 | 540,467.41 |
| 10/28/15 | 001010 | Christi Rigler<br>3533 English Prairie Rd.<br>Elgin IL 60124 | Debtor's Exemption<br>Allowed Per Court Order Dated August 21, 2015 | 8100-000 | | 15,000.00 | 525,467.41 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 213.16 | 525,254.25 |
| 11/17/15 | 001011 | PYOD, LLC its successors and assigns as assignee<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 103.11% | | | 10,216.17 | 515,038.08 |
| | | | Claim        9,908.37 | 7100-000 | | | |
| | | | Interest        307.80 | 7990-000 | | | |
| 11/17/15 | 001012 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 103.11% | | | 9,809.75 | 505,228.33 |
| | | | Claim        9,514.19 | 7100-000 | | | |
| | | | Interest        295.56 | 7990-000 | | | |
| 11/17/15 | 001013 | Garry and Christi Rigler<br>3533 English Prairie<br>South Elgin IL | Surplus to Debtor(s) | 8200-002 | | 425,000.00 | 80,228.33 |
| 12/11/15 | 13 | MBL RECYCLING, INC.<br>c/o SELECTIVE INSURANCE COMPANY<br>OF SOUTH CAROLINA | SETTLEMENT - PI CLAIM | 1249-000 | 580,000.00 | | 660,228.33 |
| | | | Page Subtotals | | 580,000.00 | 448,519.58 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit B

| Case No: | 09-28101 -DRC | Trustee Name: | Elizabeth C Berg, Succ. Trustee |
| Case Name: | RIGLER, GARRY D. | Bank Name: | Associated Bank |
| | RIGLER, CHRISTI M. | Account Number / CD #: | *******6559  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1718 | | |
| For Period Ending: | 12/25/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/15 | 001014 | Nicholas Fitz<br>The Fitz Law Group<br>30 N.LaSalle Street  #1510<br>Chicago IL 60602 | Allowed Compensation - Spec Counsel<br>Per Court Order dtd 12-4-15 | 3210-600 | | 116,000.00 | 544,228.33 |
| 12/14/15 | 001015 | Rodney Bashford<br>1701 East Lake Avenue<br>Glenview IL  60025 | Allowed Compensation - Spec Counsel<br>Per Court Order dtd 12-4-15 | 3210-600 | | 58,000.00 | 486,228.33 |
| 12/14/15 | 001016 | John Muir<br>1225 Alvin Court<br>Glenview, IL 60025 | Allowed Compensation - Spec Counsel<br>Per Court Order dtd 12-4-15 | 3210-600 | | 58,000.00 | 428,228.33 |
| 12/14/15 | 001017 | Nicholas Fitz<br>The Fitz Law Group<br>30 N.LaSalle Street  #1510<br>Chicago IL 60602 | Allowed Reimbursement of Expenses<br>Per Court Order dtd 12-4-15 | 3220-610 | | 2,450.00 | 425,778.33 |
| 12/14/15 | 001018 | Bashford Law Group<br>Rodney Bashford<br>1701 East Lake Avenue<br>Glenview IL  60025 | Allowed Reimbursement of Expenses<br>Per Court Order dtd 12-4-15 | 3220-610 | | 1,426.82 | 424,351.51 |
| 12/14/15 | 001019 | John Muir<br>1225 Alvin Court<br>Glenview, IL 60025 | Allowed Reimbursement of Expenses<br>Per Court Order dtd 12-4-15 | 3220-610 | | 92.74 | 424,258.77 |
| 12/14/15 | 001020 | SAFETY ALLIANCE, LTD<br>500 PARK BLVD<br>SUITE 154 C<br>ITASCA, IL  60143 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 6,700.00 | 417,558.77 |
| 12/14/15 | 001021 | LAW GRAPHICS, INC<br>79 W. MONROE ST, #1012<br>CHICAGO, IL 60603 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 382.38 | 417,176.39 |
| 12/14/15 | 001022 | Smith Economics Group, Ltd.<br>1165 N. Clark St.  #600 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 2,520.50 | 414,655.89 |

| | | | Page Subtotals | | 0.00 | 245,572.44 | |

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-28101 -DRC |
| Case Name: | RIGLER, GARRY D. |
| | RIGLER, CHRISTI M. |
| Taxpayer ID No: | *******1718 |
| For Period Ending: | 12/25/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Succ. Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6559  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/15 | 001023 | Chicago IL  60610<br>PAT THOMAS MEDICAL ILLUSTRATION<br>N9183 EAST SHORE ROAD<br>EAST TROY, WI  53120 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 2,310.00 | 412,345.89 |
| 12/14/15 | 001024 | FROM PAIN TO WELLNESS, LLC<br>1 TRANS AM PLAZA DR, #100<br>OAKBROOK TERRACE, IL  60181 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 725.00 | 411,620.89 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 1,540,000.00 | 1,128,379.11 | 411,620.89 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,540,000.00 | 1,128,379.11 | |
| Less:  Payments to Debtors | | 455,000.00 | |
| Net | 1,540,000.00 | 673,379.11 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6559 | 1,540,000.00 | 673,379.11 | 411,620.89 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,540,000.00 | 673,379.11 | 411,620.89 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    3,035.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Ver: 19.05a

EXHIBIT C
                        ANALYSIS OF CLAIMS REGISTER                              Date: December 25, 2015

Case Number:   09-28101                        Claim Type Sequence
Debtor Name:   RIGLER, GARRY D.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|-------------------------|-------------|-------|----------------|--------------|---------------|
| 001 2100-00 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago  IL  60602 | Administrative | Actual compensation available to trustee based upon section 326 of the Code is $40,423.90. Trustee is requesting less than the maximum compensation allowable | $32,523.00 | $0.00 | $32,523.00 |
| | | Subtotal For Claim Type 2100-00  Trustee Compensation | | $32,523.00 | $0.00 | $32,523.00 |
| 001 2200-00 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago  IL  60602 | Administrative | | $21.50 | $0.00 | $21.50 |
| | | Subtotal For Claim Type 2200-00  Trustee Expenses | | $21.50 | $0.00 | $21.50 |
| 999 2990-00 | Smith Economics Group, Ltd. 1165 N. Clark St. #600 Chicago IL  60610 | Administrative | Previously paid per order 8/21/15 [dkt 53] | $7,070.50 | $7,070.50 | $0.00 |
| 999 2990-00 | ADR Systems 20 N. Clark St.  29th Floor Chicago IL  60602 | Administrative | Previously paid per order 8/21/15 [dkt 53] | $3,280.50 | $3,280.50 | $0.00 |
| 999 2990-00 | SAFETY ALLIANCE, LTD 500 PARK BLVD SUITE 154 C ITASCA, IL  60143 | Administrative | | $6,700.00 | $6,700.00 | $0.00 |
| 999 2990-00 | LAW GRAPHICS, INC 79 W. MONROE ST, #1012 CHICAGO, IL 60603 | Administrative | | $382.38 | $382.38 | $0.00 |
| 999 2990-00 | PAT THOMAS MEDICAL ILLUSTRATION N9183 EAST SHORE ROAD EAST TROY, WI 53120 | Administrative | | $2,310.00 | $2,310.00 | $0.00 |
| 999 2990-00 | FROM PAIN TO WELLNESS, LLC 1 TRANS AM PLAZA DR, #100 OAKBROOK TERRACE, IL  60181 | Administrative | | $725.00 | $725.00 | $0.00 |
| | | Subtotal For Claim Type 2990-00  Other Chapter 7 Administrative | | $20,468.38 | $20,468.38 | $0.00 |
| 001 3110-00 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Administrative | Trustee's attorneys did not participate in the interim distribution.  This represents for the first and final request for fees | $37,477.00 | $0.00 | $37,477.00 |
| | | Subtotal For Claim Type 3110-00  Attorney for TR Fees (TR Firm) | | $37,477.00 | $0.00 | $37,477.00 |
| 001 3120-00 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Administrative | | $77.30 | $0.00 | $77.30 |
| | | Subtotal For Claim Type 3120-00  Attorney for TR Expenses (TR | | $77.30 | $0.00 | $77.30 |

| | EXHIBIT C | | |
|---|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | | Date: December 25, 2015 |

Case Number:   09-28101                              Claim Type Sequence
Debtor Name:   RIGLER, GARRY D.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | John Muir<br>1225 Alvin Court<br>Glenview, IL 60025 | Administrative | Previously paid per order 8/21/15 [dkt 53] | $122,000.00 | $122,000.00 | $0.00 |
| 001<br>3210-60 | Rodney Bashford<br>1701 East Lake Avenue<br>Glenview IL  60025 | Administrative | Previously paid per order 8/21/15 [dkt 53] | $122,000.00 | $122,000.00 | $0.00 |
| 001<br>3210-60 | Nicholas Fitz<br>The Fitz Law Group<br>30 N.LaSalle Street  #1510<br>Chicago IL 60602 | Administrative | Previously paid per order 8/21/15 [dkt 53] | $308,000.00 | $308,000.00 | $0.00 |
| | Subtotal For Claim Type 3210-60  Special Counsel for Trustee Fees | | | $552,000.00 | $552,000.00 | $0.00 |
| 001<br>3220-61 | Rodney Bashford<br>1701 East Lake Avenue<br>Glenview IL  60025 | Administrative | Previously paid per order 8/21/15 [dkt 53] | $14,128.91 | $14,128.91 | $0.00 |
| 001<br>3220-61 | Nicholas Fitz<br>The Fitz Law Group<br>30 N.LaSalle Street  #1510<br>Chicago IL 60602 | Administrative | | $2,450.00 | $2,450.00 | $0.00 |
| 001<br>3220-61 | John Muir<br>1225 Alvin Court<br>Glenview, IL 60025 | Administrative | | $92.74 | $92.74 | $0.00 |
| | Subtotal For Claim Type 3220-61  Special Counsel for Trustee | | | $16,671.65 | $16,671.65 | $0.00 |
| 000003<br>001<br>3701-00 | Jamie Trapp<br>Trapp & Geller<br>205 W. Wacker Drive  #600<br>Chicago IL 60606 | Administrative | Allowed and paid in amount of $64,000.00 per order 8/21/15 [dkt 53] | $64,000.00 | $64,000.00 | $0.00 |
| | Subtotal For Claim Type 3701-00  Attorney for Debtor Fees | | | $64,000.00 | $64,000.00 | $0.00 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $9,908.37 | $9,908.37 | $0.00 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,514.19 | $9,514.19 | $0.00 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $19,422.56 | $19,422.56 | $0.00 |

| | | | | | EXHIBIT C | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Page 3

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 25, 2015

Case Number:    09-28101
Debtor Name:    RIGLER, GARRY D.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | ---: | ---: | ---: |
| 001 8100-00 | Garry Rigler 3533 English Prairie Road Elgin IL 60124 | Unsecured | | $15,000.00 | $15,000.00 | $0.00 |
| | | | Previously paid per order 8/21/15 [dkt 53] | | | |
| 001 8100-00 | Christi Rigler 3533 English Prairie Rd. Elgin IL 60124 | Unsecured | | $15,000.00 | $15,000.00 | $0.00 |
| | | | Previously paid per order 8/21/15 [dkt 53] | | | |
| | Subtotal For Claim Type 8100-00  Debtor Exemptions | | | $30,000.00 | $30,000.00 | $0.00 |
| 999 8200-00 | Garry and Christi Rigler 3533 English Prairie South Elgin IL | Unsecured | | $425,000.00 | $425,000.00 | $0.00 |
| | | | Amount of partial surplus distribution provides for TR holdback of funds for unpaid administrative expenses already incurred as well additional administrative expensees estimated for trial preparation. | | | |
| 999 8200-00 | Garry and Christi Rigler 3533 English Prairie South Elgin IL | Unsecured | Final surplus to debtor | $341,522.09 | $0.00 | $341,522.09 |
| | Subtotal For Claim Type 8200-00  Surplus Funds Paid to Debtor | | | $766,522.09 | $425,000.00 | $341,522.09 |
| | Case Totals: | | | $1,539,183.48 | $1,127,562.59 | $411,620.89 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-28101
Case Name: RIGLER, GARRY D.
             RIGLER, CHRISTI M.
Trustee Name: Elizabeth C Berg, Successor Trustee

Balance on hand                      $        411,620.89

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 32,523.00 | $ 0.00 | $ 32,523.00 |
| Trustee Expenses: Elizabeth C Berg, Trustee | $ 21.50 | $ 0.00 | $ 21.50 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 37,477.00 | $ 0.00 | $ 37,477.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 77.30 | $ 0.00 | $ 77.30 |
| Other: Rodney Bashford | $ 122,000.00 | $ 122,000.00 | $ 0.00 |
| Other: Rodney Bashford | $ 14,128.91 | $ 14,128.91 | $ 0.00 |
| Other: Nicholas Fitz | $ 308,000.00 | $ 308,000.00 | $ 0.00 |
| Other: Nicholas Fitz | $ 2,450.00 | $ 2,450.00 | $ 0.00 |
| Other: John Muir | $ 122,000.00 | $ 122,000.00 | $ 0.00 |
| Other: John Muir | $ 92.74 | $ 92.74 | $ 0.00 |
| Other: Jamie Trapp | $ 64,000.00 | $ 64,000.00 | $ 0.00 |
| Other: Smith Economics Group, Ltd. | $ 7,070.50 | $ 7,070.50 | $ 0.00 |
| Other: ADR Systems | $ 3,280.50 | $ 3,280.50 | $ 0.00 |
| Other: FROM PAIN TO WELLNESS, LLC | $ 725.00 | $ 725.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: LAW GRAPHICS, INC | $          382.38 | $          382.38 | $          0.00 |
| Other: PAT THOMAS MEDICAL ILLUSTRATION | $       2,310.00 | $       2,310.00 | $          0.00 |
| Other: SAFETY ALLIANCE, LTD | $       6,700.00 | $       6,700.00 | $          0.00 |

Total to be paid for chapter 7 administrative expenses            $            70,098.80

Remaining Balance            $          341,522.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,422.56  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $       9,908.37 | $       9,908.37 | $          0.00 |
| 000002 | Discover Bank | $       9,514.19 | $       9,514.19 | $          0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance        $_____341,522.09

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 341,522.09 .