UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
RIGLER, GARRY D. § Case No. 09-28101
RIGLER, CHRISTI M. §
 §
 §
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on Friday, February 19, 2016
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RIGLER, GARRY D. § Case No. 09-28101
RIGLER, CHRISTI M. §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,540,000.00 |
| and approved disbursements of | $ | 1,128,379.11 |
| leaving a balance on hand of[1] | $ | 411,620.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 32,523.00 | $ 0.00 | $ 32,523.00 |
| Trustee Expenses: Elizabeth C Berg, Trustee | $ 21.50 | $ 0.00 | $ 21.50 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 37,477.00 | $ 0.00 | $ 37,477.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 77.30 | $ 0.00 | $ 77.30 |
| Other: Rodney Bashford | $ 122,000.00 | $ 122,000.00 | $ 0.00 |
| Other: Rodney Bashford | $ 14,128.91 | $ 14,128.91 | $ 0.00 |
| Other: Nicholas Fitz | $ 308,000.00 | $ 308,000.00 | $ 0.00 |
| Other: Nicholas Fitz | $ 2,450.00 | $ 2,450.00 | $ 0.00 |
| Other: John Muir | $ 122,000.00 | $ 122,000.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: John Muir | $ 92.74 | $ 92.74 | $ 0.00 |
| Other: Jamie Trapp | $ 64,000.00 | $ 64,000.00 | $ 0.00 |
| Other: Smith Economics Group, Ltd. | $ 7,070.50 | $ 7,070.50 | $ 0.00 |
| Other: ADR Systems | $ 3,280.50 | $ 3,280.50 | $ 0.00 |
| Other: FROM PAIN TO WELLNESS, LLC | $ 725.00 | $ 725.00 | $ 0.00 |
| Other: LAW GRAPHICS, INC | $ 382.38 | $ 382.38 | $ 0.00 |
| Other: PAT THOMAS MEDICAL ILLUSTRATION | $ 2,310.00 | $ 2,310.00 | $ 0.00 |
| Other: SAFETY ALLIANCE, LTD | $ 6,700.00 | $ 6,700.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $ 70,098.80

Remaining Balance   $ 341,522.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,422.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 9,908.37 | $ 9,908.37 | $ 0.00 |
| 000002 | Discover Bank | $ 9,514.19 | $ 9,514.19 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $            0.00

Remaining Balance            $      341,522.09

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $ 341,522.09 .

Prepared By: /s/_____
                                Elizabeth C. Berg, Trustee

*Elizabeth C Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                          Case No. 09-28101-DRC
Garry Dean Rigler                                               Chapter 7
Christi Marie Rigler
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: esullivan          Page 1 of 2          Date Rcvd: Jan 29, 2016
                              Form ID: pdf006          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2016.
db/jdb       +Garry Dean Rigler,   Christi Marie Rigler,   2483 Amber Lane,   Elgin, IL 60123-4107
aty          +John Muir,   1701 E. Lake Avenue,   Ste 474,   Glenview, IL 60025-2036
aty          +Nicholas Fitz,   180 N. LaSalle St.,   Ste 2925,   Chicago, IL 60601-2707
14259596     +Americas Servicing Company,   PO Box 10328,   Des Moines, IA 50306-0328
14259597      Assocaited Image Consultants,   1121 Lake Cook Rd Ste M,   Deerfield, IL 60015-5234
14259612    ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   Washington Mutual,   PO Box 660433,   Dallas, TX 75266-0433)
14259598      Card Member Service,   PO Box 15298,   Wilmington, DE 19850-5298
14259599      Citibank,   PO Box 790110,   Saint Louis, MO 63179-0110
14259600    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court:   Dell Financial Services,   c/o Customer Service,   PO Box 81577,
               Austin, TX 78708-1577)
14259603    ++HARRIS NA,   3800 GOLF RD SUITE 300,   ROLLING MEADOWS IL 60008-4037
             (address filed with court:   Harris NA,   3800 Golf Rd Suite 300,   PO Box 5038,
               Rolling Meadows, IL 60008)
14259604      HSBC Card Services,   PO Box 80026,   Salinas, CA 93912-0026
14259605      James Burks MS,   1975 Lin Lor Lane Ste 175,   Elgin, IL 60123-4920
23601269     +Jamie Trapp/Trapp & Geller,   c/o Morgan & Bley, Ltd.,   900 W Jackson Blvd Suite 4 East,
               Chicago, Illinois 60607-3024
14259607     +MEA- SJMC LLC,   PO Box 5990,   Carol Stream, IL 60197-5990
14259608     +Saint Joseph Hospital,   2870 Stoner Court Ste 300,   North Liberty, IA 52317-8525
14259609     +Specialized Radiology Consultants,   1039 College Ave Ste A,   Wheaton, IL 60187-5794
14259610     +Tri City Radiology,   9410 Compubill Drive,   Orland Park, IL 60462-2627
14259611    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
             (address filed with court:   Von Maur,   c/o Lisa Herman Collection Manager,   6565 Brady Street,
               Davenport, IA 52806)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14259601      E-mail/Text: mrdiscen@discover.com Jan 30 2016 01:29:57     Discover Card,   PO Box 30395,
               Salt Lake City, UT 84130-0395
22350881      E-mail/Text: mrdiscen@discover.com Jan 30 2016 01:29:57     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
14259602     +E-mail/Text: ally@ebn.phinsolutions.com Jan 30 2016 01:29:54     GMAC,   PO Box 130424,
               Roseville, MN 55113-0004
14259606      E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2016 01:38:27     Lowes,   PO Box 981064,
               El Paso, TX 79998-1064
22347648     +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2016 01:39:12
               PYOD, LLC its successors and assigns as assignee,   of B-Line, LLC,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: esullivan          Page 2 of 2          Date Rcvd: Jan 29, 2016
                              Form ID: pdf006          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2016 at the address(es) listed below:
          Alonzo H Zahour    on behalf of Debtor 2 Christi Marie Rigler ahzlawyer@aol.com
          Alonzo H Zahour    on behalf of Debtor 1 Garry Dean Rigler ahzlawyer@aol.com
          Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Joseph A Baldi    on behalf of Trustee Elizabeth C Berg jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Keevan D. Morgan    on behalf of Creditor   Trapp & Geller kmorgan@morganandbleylimited.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rodney C. Bashford    on behalf of Trustee Elizabeth C Berg rcb@willmont.com
          Roman  Sukley    on behalf of U.S. Trustee Patrick S. Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
          William H Schramm    on behalf of Interested Party   Power Construction Co LLC
           wschramm@cassiday.com
                                                                      TOTAL: 10