UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIGLER, GARRY D. | § | Case No. 09-28101 |
| RIGLER, CHRISTI M. | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 172,925.00 *(Without deducting any secured claims)* | Assets Exempt: 68,852.00 |
| Total Distributions to Claimants: 20,025.92 | Claims Discharged Without Payment: 23,749.72 |
| Total Expenses of Administration: 723,451.99 | |

3) Total gross receipts of $ 1,540,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 796,522.09 (see **Exhibit 2**), yielded net receipts of $ 743,477.91 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 225,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 859,451.99 | 723,451.99 | 723,451.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,840.65 | 19,422.56 | 19,422.56 | 20,025.92 |
| **TOTAL DISBURSEMENTS** | $ 265,840.65 | $ 878,874.55 | $ 742,874.55 | $ 743,477.91 |

4)  This case was originally filed under chapter 7 on  07/31/2009 .  The case was pending for 80 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/10/2016           By:/s/Elizabeth C Berg, Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Third Pary PI Claim: Work-related Accident | 1242-000 | 960,000.00 |
| Third Pary PI Claim: Work-related Accident | 1249-000 | 580,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,540,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christi Rigler | Exemptions | 8100-000 | 15,000.00 |
| Garry Rigler | Exemptions | 8100-000 | 15,000.00 |
| Garry and Christi Rigler | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 766,522.09 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 796,522.09** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americas Servicing Company PO Box 10328 Des Moines, IA 50306 | | 160,000.00 | NA | NA | 0.00 |
| | Americas Servicing Company PO Box 10328 Des Moines, IA 50306 | | 32,000.00 | NA | NA | 0.00 |
| | GMAC | | 16,000.00 | NA | NA | 0.00 |
| | Harris NA | | 17,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 225,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 32,523.00 | 32,523.00 | 32,523.00 |
| ELIZABETH C. BERG | 2200-000 | NA | 21.50 | 21.50 | 21.50 |
| Associated Bank | 2600-000 | NA | 213.16 | 213.16 | 213.16 |
| ADR | 2990-000 | NA | 3,280.50 | 3,280.50 | 3,280.50 |
| FROM PAIN TO WELLNESS | 2990-000 | NA | 725.00 | 725.00 | 725.00 |
| LAW GRAPHICS, INC | 2990-000 | NA | 382.38 | 382.38 | 382.38 |
| PAT THOMAS | 2990-000 | NA | 2,310.00 | 2,310.00 | 2,310.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SAFETY ALLIANCE | 2990-000 | NA | 6,700.00 | 6,700.00 | 6,700.00 |
| SMITH ECONOMICS GROUP, LTD. | 2990-000 | NA | 7,070.50 | 7,070.50 | 7,070.50 |
| BALDI BERG | 3110-000 | NA | 37,477.00 | 37,477.00 | 37,477.00 |
| BALDI BERG | 3120-000 | NA | 77.30 | 77.30 | 77.30 |
| BASHFORD | 3210-600 | NA | 122,000.00 | 122,000.00 | 122,000.00 |
| FITZ | 3210-600 | NA | 308,000.00 | 308,000.00 | 308,000.00 |
| MUIR | 3210-600 | NA | 122,000.00 | 122,000.00 | 122,000.00 |
| BASHFORD | 3220-610 | NA | 14,128.91 | 14,128.91 | 14,128.91 |
| FITZ | 3220-610 | NA | 2,450.00 | 2,450.00 | 2,450.00 |
| MUIR | 3220-610 | NA | 92.74 | 92.74 | 92.74 |
| TRAPP | 3701-000 | NA | 200,000.00 | 64,000.00 | 64,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 859,451.99 | $ 723,451.99 | $ 723,451.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Assocaited Image Consultants | | 46.00 | NA | NA | 0.00 |
| | Card Member Service | | 2,958.43 | NA | NA | 0.00 |
| | Citibank | | 10,725.03 | NA | NA | 0.00 |
| | Dell Financial Services | | 1,151.42 | NA | NA | 0.00 |
| | HSBC Card Services | | 1,320.42 | NA | NA | 0.00 |
| | James Burks MS | | 36.00 | NA | NA | 0.00 |
| | Lowes | | 1,366.53 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MEA- SJMC LLC | | 598.00 | NA | NA | 0.00 |
| | Saint Joseph Hospital | | 4,616.36 | NA | NA | 0.00 |
| | Specialized Radiology Consultants | | 62.00 | NA | NA | 0.00 |
| | Tri City Radiology | | 282.40 | NA | NA | 0.00 |
| | Von Maur | | 587.13 | NA | NA | 0.00 |
| 000002 | DISCOVER BANK | 7100-000 | 7,918.73 | 9,514.19 | 9,514.19 | 9,514.19 |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 9,172.20 | 9,908.37 | 9,908.37 | 9,908.37 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 295.56 |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7990-000 | NA | NA | NA | 307.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,840.65 | $ 19,422.56 | $ 19,422.56 | $ 20,025.92 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-28101 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | RIGLER, GARRY D. | | | Date Filed (f) or Converted (c): | 07/31/09 (f) |
| | RIGLER, CHRISTI M. | | | 341(a) Meeting Date: | 09/14/09 |
| For Period Ending: | 03/10/16 | | | Claims Bar Date: | 12/01/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>2483 Amber Lane, Elgin, IL 60123 | 191,500.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts<br>Chase Bank Account | 500.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts<br>Fifth Third Account | 100.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts<br>Chase Savings Account | 2.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods<br>1 Bed, 3 Dressers, 1 Crib, Kitchen Table and Chairs, 1 Sectional, 2 TV's, 1 Computer, 2 DVD Players (one is not working) | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel<br>Ordinary Adult Supply | 700.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry<br>Wedding Rings | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Firearms, Sport, Photo & Hobby Eqpt<br>1 Hand Gun | 50.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies<br>Through Work | 0.00 | 0.00 | | 0.00 | FA |
| 10. Pension, Retirement, Profit Sharing (u)<br>Retirement through work. Not vested. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles<br>2004 Chevy Tahoe - 86,000 miles | 7,100.00 | 0.00 | | 0.00 | FA |
| 12. Vehicles<br>2004 GMC Envoy - 64,000 miles | 9,125.00 | 0.00 | | 0.00 | FA |
| 13. Third Pary PI Claim: Work-related Accident (u) | 6,500,000.00 | 2,000,000.00 | | 1,540,000.00 | FA |

LFORM1

Ver: 19.05f

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 09-28101 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | RIGLER, GARRY D. | | | Date Filed (f) or Converted (c): | 07/31/09 (f) |
| | RIGLER, CHRISTI M. | | | 341(a) Meeting Date: | 09/14/09 |
| | | | | Claims Bar Date: | 12/01/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Liquidating claim in Case No. 09 L 013101 - Rigler v. MBL Recycling & Power Construction Co. LLC, Successor Trustee settled claims against 2 of 3 defendants [dkt 53] in August 2015. Awaiting receipt of settlement funds. Successor Trustee anticipates going to trial against 3rd defendant | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $6,711,777.00 | $2,000,000.00 | | $1,540,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2016:  TFR submitted to UST 1/22/16

December 30, 2015:  After receiving the approval from the UST, Successor Trustee made an interim distribution in November 2015 wherein she paid the unsecured creditors in full, plus interest, and a partial distribution to the Debtors of the surplus funds.  Successor Trustee settled with 3rd defendant pursuant to Court order dated December 2015. Successor Trustee paid administrative claimants pursuant to the order authorizing the settlement.

October 1, 2015:  Successor Trustee successfully defended PI Case on motion to dismiss for lack of standing.  In July, 2015, Successor Trustee, Debtors and 2 of 3 defendants participated in mediation; Successor Trustee settled with 2 of the 3 defendants pursuant to Court order 8/21/15 [dkt. 53]; Successor Trustee has reviewed claims; upon receipt of settlement funds, Successor Trustee intends to make an interim distribution; Successor Trustee believes this will be a surplus case.  The case will remain open depending resolution of lawsuit against 3rd defendant.  Trial is scheduled for November 2015.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 09-28101 DRC Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C Berg, Trustee |
| Case Name: | RIGLER, GARRY D. | Date Filed (f) or Converted (c): 07/31/09 (f) |
| | RIGLER, CHRISTI M. | 341(a) Meeting Date: 09/14/09 |
| | | Claims Bar Date: 12/01/14 |

October 28, 2014: ECB appointed successor trustee in July 2014 in re-opened case on motion of UST for administration of previously unscheduled 3rd party PI claim. Case pending in Circuit Court of Cook County. Trustee hired special counsel, substituted as plaintiff in lawsuit and successfully defended against Motion to Dismiss on grounds of judicial estoppel; TR reviewed petition and court docket; determined Assets 1-12 are fully administered. Successor TR expects surplus case, however, anticipates several years of litigation and possible appeal. Will monitor case and supervise special counsel in state court case which is still in discovery phase.

Initial Projected Date of Final Report (TFR): 06/30/17     Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-28101 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | RIGLER, GARRY D. | Bank Name: | Associated Bank |
|  | RIGLER, CHRISTI M. | Account Number / CD #: | *******6559 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1718 |  |  |
| For Period Ending: | 03/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/26/15 | 13 | GALLAGHER BASSETT SERV, INC AS CLAIMS ADMINISTRATOR | SETTLEMENT - P.I. CLAIM | 1242-000 | 960,000.00 |  | 960,000.00 |
| 10/28/15 | 001001 | Nicholas Fitz<br>The Fitz Law Group<br>30 N.LaSalle Street  #1510<br>Chicago IL 60602 | Allowed Compensation - Spec Counsel<br>Per Court Order dtd 8-21-15 | 3210-600 |  | 192,000.00 | 768,000.00 |
| 10/28/15 | 001002 | Rodney Bashford<br>1701 East Lake Avenue<br>Glenview IL  60025 | Allowed Compensation - Spec Counsel<br>Allowed per Court Order dated August 21, 2015 | 3210-600 |  | 64,000.00 | 704,000.00 |
| 10/28/15 | 001003 | John Muir<br>1225 Alvin Court<br>Glenview, IL 60025 | Allowed Compensation - Spec Counsel<br>Allowed per Court Order dated August 21, 2015 | 3210-600 |  | 64,000.00 | 640,000.00 |
| 10/28/15 | 001004 | Bashford Law Group<br>Rodney Bashford<br>1701 East Lake Avenue<br>Glenview IL  60025 | Allowed Reimbursement of Expenses<br>Allowed reimbursement of expenses per court order<br>dated August 21, 2015 | 3220-610 |  | 12,702.09 | 627,297.91 |
| 10/28/15 | 001005 | Jamie Trapp<br>Trapp & Geller<br>205 W. Wacker Drive  #600<br>Chicago IL 60606 | Claim # 3 -- Quantum Meruit claim<br>Allowed per Court Order dated August 21, 2015 | 3701-000 |  | 64,000.00 | 563,297.91 |
| 10/28/15 | 001006 | Smith Economics Group, Ltd.<br>1165 N. Clark St.  #600<br>Chicago IL  60610 | Administrative Expense<br>Allowed per court order dated August 21, 2015<br>Economic Damages Report | 2990-000 |  | 4,550.00 | 558,747.91 |
| 10/28/15 | 001007 | Garry Rigler<br>3533 English Prairie Road<br>Elgin IL 60124 | Debtor's Exemption<br>Allowed per Court Order dated August 21, 2015 | 8100-000 |  | 15,000.00 | 543,747.91 |
| * 10/28/15 | 001008 | Christi Riglar<br>3533 English Prairie Rd.<br>Elgin IL 60124 | Debtor's Exemption<br>Allowed Per Court Order dated August 21, 2015 | 8100-003 |  | 15,000.00 | 528,747.91 |
|  |  |  | Page Subtotals |  | 960,000.00 | 431,252.09 |  |

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-28101 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RIGLER, GARRY D. | | Bank Name: | Associated Bank |
| | RIGLER, CHRISTI M. | | Account Number / CD #: | *******6559 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1718 | | | |
| For Period Ending: | 03/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/28/15 | 001008 | Christi Riglar<br>3533 English Prairie Rd.<br>Elgin IL 60124 | Debtor's Exemption<br>Reversed to correct debtor's name on check | 8100-003 | | -15,000.00 | 543,747.91 |
| 10/28/15 | 001009 | ADR Systems<br>20 N. Clark St. 29th Floor<br>Chicago IL 60602 | Administrative Expense - Mediation<br>Allowed per court order dated August 21, 2015 | 2990-000 | | 3,280.50 | 540,467.41 |
| 10/28/15 | 001010 | Christi Rigler<br>3533 English Prairie Rd.<br>Elgin IL 60124 | Debtor's Exemption<br>Allowed Per Court Order Dated August 21, 2015 | 8100-000 | | 15,000.00 | 525,467.41 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 213.16 | 525,254.25 |
| 11/17/15 | 001011 | PYOD, LLC its successors and assigns as assignee<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 103.11% | | | 10,216.17 | 515,038.08 |
| | | | Claim       9,908.37 | 7100-000 | | | |
| | | | Interest       307.80 | 7990-000 | | | |
| 11/17/15 | 001012 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 103.11% | | | 9,809.75 | 505,228.33 |
| | | | Claim       9,514.19 | 7100-000 | | | |
| | | | Interest       295.56 | 7990-000 | | | |
| 11/17/15 | 001013 | Garry and Christi Rigler<br>3533 English Prairie<br>South Elgin IL | Surplus to Debtor(s) | 8200-002 | | 425,000.00 | 80,228.33 |
| 12/11/15 | 13 | MBL RECYCLING, INC.<br>c/o SELECTIVE INSURANCE COMPANY<br>OF SOUTH CAROLINA | SETTLEMENT - PI CLAIM | 1249-000 | 580,000.00 | | 660,228.33 |

Page Subtotals    580,000.00    448,519.58

Ver: 19.05f

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-28101 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RIGLER, GARRY D. | | Bank Name: | Associated Bank |
| | RIGLER, CHRISTI M. | | Account Number / CD #: | *******6559 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1718 | | | |
| For Period Ending: | 03/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/15 | 001014 | Nicholas Fitz<br>The Fitz Law Group<br>30 N.LaSalle Street #1510<br>Chicago IL 60602 | Allowed Compensation - Spec Counsel<br>Per Court Order dtd 12-4-15 | 3210-600 | | 116,000.00 | 544,228.33 |
| 12/14/15 | 001015 | Rodney Bashford<br>1701 East Lake Avenue<br>Glenview IL 60025 | Allowed Compensation - Spec Counsel<br>Per Court Order dtd 12-4-15 | 3210-600 | | 58,000.00 | 486,228.33 |
| 12/14/15 | 001016 | John Muir<br>1225 Alvin Court<br>Glenview, IL 60025 | Allowed Compensation - Spec Counsel<br>Per Court Order dtd 12-4-15 | 3210-600 | | 58,000.00 | 428,228.33 |
| 12/14/15 | 001017 | Nicholas Fitz<br>The Fitz Law Group<br>30 N.LaSalle Street #1510<br>Chicago IL 60602 | Allowed Reimbursement of Expenses<br>Per Court Order dtd 12-4-15 | 3220-610 | | 2,450.00 | 425,778.33 |
| 12/14/15 | 001018 | Bashford Law Group<br>Rodney Bashford<br>1701 East Lake Avenue<br>Glenview IL 60025 | Allowed Reimbursement of Expenses<br>Per Court Order dtd 12-4-15 | 3220-610 | | 1,426.82 | 424,351.51 |
| 12/14/15 | 001019 | John Muir<br>1225 Alvin Court<br>Glenview, IL 60025 | Allowed Reimbursement of Expenses<br>Per Court Order dtd 12-4-15 | 3220-610 | | 92.74 | 424,258.77 |
| 12/14/15 | 001020 | SAFETY ALLIANCE, LTD<br>500 PARK BLVD<br>SUITE 154 C<br>ITASCA, IL 60143 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 6,700.00 | 417,558.77 |
| 12/14/15 | 001021 | LAW GRAPHICS, INC<br>79 W. MONROE ST, #1012<br>CHICAGO, IL 60603 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 382.38 | 417,176.39 |
| 12/14/15 | 001022 | Smith Economics Group, Ltd.<br>1165 N. Clark St. #600 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 2,520.50 | 414,655.89 |

Page Subtotals         0.00     245,572.44

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-28101 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | RIGLER, GARRY D. | | Bank Name: | Associated Bank |
| | RIGLER, CHRISTI M. | | Account Number / CD #: | *******6559  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1718 | | | |
| For Period Ending: | 03/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/14/15 | 001023 | Chicago IL  60610<br>PAT THOMAS MEDICAL ILLUSTRATION<br>N9183 EAST SHORE ROAD<br>EAST TROY, WI  53120 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 2,310.00 | 412,345.89 |
| 12/14/15 | 001024 | FROM PAIN TO WELLNESS, LLC<br>1 TRANS AM PLAZA DR, #100<br>OAKBROOK TERRACE, IL  60181 | Administrative Expense<br>Per Court Order dtd 12-4-15 | 2990-000 | | 725.00 | 411,620.89 |
| 02/23/16 | 001025 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street  #200<br>Chicago  IL  60602 | Trustee Compensation | 2100-000 | | 32,523.00 | 379,097.89 |
| 02/23/16 | 001026 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street  #200<br>Chicago  IL  60602 | Trustee Expenses | 2200-000 | | 21.50 | 379,076.39 |
| 02/23/16 | 001027 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 37,477.00 | 341,599.39 |
| 02/23/16 | 001028 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 77.30 | 341,522.09 |
| 02/23/16 | 001029 | Garry and Christi Rigler<br>3533 English Prairie<br>South Elgin IL | Surplus Funds Paid to Debtor | 8200-002 | | 341,522.09 | 0.00 |

Page Subtotals    0.00    414,655.89

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-28101 -DRC |
| Case Name: | RIGLER, GARRY D. |
| | RIGLER, CHRISTI M. |
| Taxpayer ID No: | *******1718 |
| For Period Ending: | 03/10/16 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6559  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,540,000.00 | 1,540,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,540,000.00 | 1,540,000.00 | |
| Less: Payments to Debtors | | 796,522.09 | |
| Net | 1,540,000.00 | 743,477.91 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6559 | 1,540,000.00 | 743,477.91 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,540,000.00 | 743,477.91 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*